UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-08755-PSG (RAO) | Date: | March 25, 2020 |
| Title: | Vaughn H. Whitmore v. Federal Bureau of Prisons, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE FAILURE TO FILE NOTICE OF SUBMISSION**

On October 11, 2019, Plaintiff Vaughn H. Whitmore ("Plaintiff"), proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983 and a request to proceed without prepayment of filing fees ("IFP Request"). Dkt. Nos. 1, 2. The Court granted Plaintiff's IFP Request. Dkt. No. 5. The Court ordered Plaintiff to file with the Clerk of Court a Notice of Submission indicating that all required documents were being submitted to the Court for forwarding to the United States Marshal for service of the Complaint. Dkt. No. 7. Plaintiff was ordered to comply with the order by March 12, 2020. *Id.* However, to date, Plaintiff has not filed the Notice of Submission, and the Court has not received the required documents.

The Court's February 11 Order specifically cautioned Plaintiff that if he did not file the Notice of Submission and send the Court all required documents for service by March 12, 2020, the action would be subject to dismissal without prejudice. Dkt. No. 7 at 2.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **April 8, 2020**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may file the Notice of Submission and send the Court all the required documents for service in accordance with the Court's February 11 Order. *See* Dkt. No. 7.

**Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | dl |